

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Brent Jvon Graves,

Vs. No. 11-20-00251-CR

The State of Texas,

\* From the 142nd District Court
of Midland County,
Trial Court No. CR-53,109.

\* December 18, 2020

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.